IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**KATHERINE E. CAPPELLARI**
a/k/a **KAYDE CAPPELLARI**,

      **Plaintiff,**

  v.                               Case No.: 20-C-212

**BRUCE SPARKS,**
Director of Technology Transfer;
**WEST VIRGINIA UNIVERSITY**
**RESEARCH CORPORATION**; and
**WEST VIRGINIA UNIVERSITY;**

      **Defendants.**

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**

| | |
|---|---|
| Jean Friend, Circuit Clerk | Katherine E. Cappellari |
| Monongalia County Justice Center | 817 Myrtle Road |
| 75 High Street, Suite 12 | Charleston, WV 25314 |
| Morgantown, WV 26505 | |

Please take notice that on August 20, 2020, the Defendants, Bruce Sparks, West Virginia University Research Corporation, and West Virginia University, jointly filed a Notice of Removal effecting the removal of this action from the Circuit Court of Monongalia County, West Virginia, to the United States District Court for the Northern District of West Virginia. A true and accurate copy of the "*Notice of Removal*" is attached to this Notice. Pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further with this action unless and until the case is remanded.

*/s/ Julie A. Moore*

Julie A. Moore (WV Bar No. 11315)
Pamela J. Ferrell (WV Bar No. 12506)
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26505

12109916.1

**EXHIBIT B**

        304-285-2524
        304 285-2575 fax
        jamoore@bowlesrice.com
        pferrell@bowlesrice.com
        *Counsel for Defendants Bruce Sparks, West Virginia University Research Corporation, and West Virginia University*

**IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA**

**KATHERINE E. CAPPELLARI**
a/k/a **KAYDE CAPPELLARI,**

      **Plaintiff,**

    v.                                    Case No.: 20-C-212

**BRUCE SPARKS,**
Director of Technology Transfer;
**WEST VIRGINIA UNIVERSITY**
**RESEARCH CORPORATION; and**
**WEST VIRGINIA UNIVERSITY;**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, I served an exact and true copy of the foregoing "***Notice of Filing of Notice of Removal***" on all counsel of record by first class U.S. mail, postage pre-paid, in an envelope addressed as follows:

        Katherine E. Cappellari
        817 Myrtle Road
        Charleston, WV 25314

/s/ Julie A. Moore

Julie A. Moore (WV Bar No. 11315)
Pamela J. Ferrell (WV Bar No. 12506)
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26505
304-285-2524
304 285-2575 fax
jamoore@bowlesrice.com
pferrell@bowlesrice.com
*Counsel for Defendants Bruce Sparks, West Virginia University Research Corporation, and West Virginia University*

3

12109916.1