October 19, 2020

RECEIVED
OCT 1 9 2020
U.S. DISTRICT COURT
ELKINS WV 26241

Katherine E. Cappellari JD, MS
817 Myrtle Road
Charleston, WV 25314

Cheryl Dean Riley, Clerk
United States District Court Clerk
300 Third Street
Post Office Box 2750
Elkins, WV 26241

RE:     **Katherine E. Cappellari v WVU**
        **Civil Action No. 1:20-cv-00209-TSK-MJA**

Dear Ms. Dean Riley:

Enclosed please find a copy of the Plaintiff's Motion to Request an Extension in regard to the above captioned civil action.

By copy of this letter and as evidenced by the enclosed Certificate of Service, service has been made upon counsel of record.

Thank you for your assistance in this matter.

Very truly yours,

Katherine Cappellari, JD, MS

Enclosures as stated

cc:     Julie Moore, Esquire
        Pamela J. Ferrell, Esquire