# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KATHERINE E. CAPPELLARI**
a/k/a **KAYDE CAPPELLARI,**

    Plaintiff,

v.                                          Civ. Action No.: 1:20-CV-209
                                                         (Judge Kleeh)

**BRUCE SPARKS,** Director of
Technology Transfer;
**WEST VIRGINIA UNIVERSITY,**
**RESEARCH CORPORATION;** and
**WEST VIRGINIA UNIVERSITY,**

    Defendants.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On the 26th day of January, 2022, came the parties, Plaintiff, Katherine E. Cappellari a/k/a Kayde Cappellari, and Defendants, Bruce Sparks, West Virginia University Research Corporation, and West Virginia University Board of Governors, by their respective counsel, and notified the Court that this matter has been resolved and requested that this civil action be dismissed with prejudice.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), this case is hereby **DISMISSED WITH PREJUDICE** and shall be retired from the docket with each party bearing its own fees and costs.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

Dated: January 27, 2022

                                        /s/ Thomas S. Kleeh
                                        THOMAS S. KLEEH
                                        UNITED STATES DISTRICT JUDGE